UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 01-06-CIV-21359
JUDGE JAMES LAWRENCE KING
MAGISTRATE JUDGE GARBER

ROTHSCHILD TRUST HOLDING, LLC,

      Plaintiff,

v.

CITRIX SYSTEMS, INC.
and CITRIX ONLINE, LLC,

      Defendants.
_____/

## MEDIATION REPORT

    Mediation on the captioned matter was held February 20, 2008 at 9:30 a.m., as scheduled.

All parties required to attend were present.

The undersigned acted as Mediator.

Settlement was not reached. An impasse was declared.

                              Respectfully submitted,

Date: February 22, 2008           s/ Barry L. Haley, Esq.
                                        Barry L. Haley, Esq. (Fla. Bar No. 123,351)
                                        Email: info@mhdpatents.com

                                        Mediator
                                        MALIN HALEY DiMAGGIO
                                        BOWEN & LHOTA, PA
                                        1936 South Andrews Avenue
                                        Fort Lauderdale, FL 33316
                                        Telephone:  954.763.3303
                                        Facsimile:   954.522.6507

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ~~22ND~~ 22ND day of February, 2008, Barry L. Haley electronically filed the above **MEDIATION REPORT**, with the Clerk of Court using CM/ECF.

Date: 02/22/2008

Respectfully submitted,

s/ Barry L. Haley, Esq.
Barry L. Haley, Esq. (Fla. Bar No. 123,351)
Email: info@mhdpatents.com

Mediator
MALIN HALEY DiMAGGIO
BOWEN & LHOTA, PA
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: 954.763.3303
Facsimile: 954.522.6507

I:\11000\11382\Litigation\3901.Mediation report.doc