UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 01-06-CIV-21359
JUDGE JAMES LAWRENCE KING
MAGISTRATE JUDGE GARBER

ROTHSCHILD TRUST
HOLDINGS, LLC,

          Plaintiff,

vs.

CITRIX SYSTEMS, INC., and
CITRIX ONLINE, LLC,

          Defendants.

_____/

## CONSENT JUDGMENT AND AGREED ORDER OF DISMISSAL

      Plaintiff Rothschild Trust Holdings, LLC ("RTH") and Defendants Citrix Systems, Inc.

and Citrix Online, LLC (collectively, "Citrix") have settled their differences and agreed,

pursuant to a mutually-agreed settlement agreement, to entry of this Consent Judgment and

Agreed Order of Dismissal to resolve this action.  This Court hereby states and orders as follows:

      1.     This Court has jurisdiction over the subject matter of this action and has personal

jurisdiction over the parties.  Venue is proper in this District.

      2.     Each party shall bear its own respective costs and attorneys' fees.

      3.     This Court shall retain jurisdiction to enforce this Consent Judgment and Order of

Dismissal and the parties' Agreement.

LIBA/1875127.1

4.      This Judgment shall be final and this action shall be dismissed with prejudice

pursuant to the parties' settlement agreement, and all rights of appeal are hereby waived.

     IT IS SO ORDERED.

Honorable James Lawrence King
United States District Judge

11

LIBA/1875127.1

The foregoing Consent Judgment and Agreed Order of Dismissal is hereby consented to:

DATE: _May 2, 2008_          By: _____

Mark F. Raymond, Esq. (FBN 373397)
Rhett Traband, Esq. (FBN 002894)
BROAD AND CASSEL
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, FL 33131

**ATTORNEYS FOR PLAINTIFF
ROTHSCHILD TRUST HOLDINGS, LLC**

DATE: _May 15, 2008_          By: _____

J. Raul Cosio, Esq. (FBN 5036300)
HOLLAND & KNIGHT, LLP
701 Brickell Avenue
Miami, FL 33101

Douglas J. Kline, Esq.
William A. Meunier, Esq.
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

**ATTORNEYS FOR DEFENDANTS
CITRIX SYSTEMS, INC. AND
CITRIX ONLINE, LLC**

LIBA/1875127.1